UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $475,933.45 FROM CAPITAL ONE ACCOUNT ENDING IN -9177, ET AL. | CASE NO. 2:24-mc-00083-LK<br><br>ORDER EXTENDING GOVERNING CAFRA DEADLINE |

This matter comes before the Court on the parties' Stipulation and Motion to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A). Dkt. No. 5. In light of their agreement and their submissions, and pursuant to Section 983(a)(3)(A), the Court ORDERS:

The Civil Asset Forfeiture Reform Act (CAFRA) deadline is hereby extended to April 30, 2025, for the following property seized on or about May 30, 2024 (collectively, the "Subject Property"):

- $475,933.45 in United States funds seized from Capital One account ending -9177 ("Subject Funds 1");

- $151,647.59 in United States funds seized from US Bank account ending -3434 ("Subject Funds 2")

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 1

- $26,103.40 in United States funds seized from CIT Bank account ending -5715 ("Subject Funds 3");
- $1,419.65 in United States funds seized from AmEx Bank account ending -4339 ("Subject Funds 4");
- $124,650.21 in United States funds seized from Bank of America account ending -9438 ("Subject Funds 5");
- $65,330.74 in United States funds seized from Bank of America account ending -5023 ("Subject Funds 6");
- $80,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526 ("Subject Currency 1");
- $6,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526 ("Subject Currency 2");
- Various silver, gold, precious metals, jewelry, and coins (case number 2024-2982-000029-01S);
- Various firearms, ammunition, scopes, and suppressors (case number 2024-2982-000026-0);
- The following vehicles and catalytic converters included in case number 2024-2982-90004-01:[1]
    - one Coachmen Galleria 24A Class B Diesel Motorhome, VIN: WlX8ED3Y4KP195687;
    - one 2021 Nissan Titan, VIN: 1N6AA1ED1MN513850;
    - one 2012 Lamborghini, VIN: ZHWGU5BZ6CLA12274;
    - one FORD F 350, VIN: 1FT8W3DT6LED55639;
    - one Ford F 650 Dump Truck, VIN: 3FRNW65G88VS70010;
    - 2,201 catalytic converters; and

---

[1] The CAFRA extension does not apply to the remaining assets included in case number 2024-2982-90004-01 not specifically identified herein.

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 2

- o two pieces of extracted catalytic converter material; and
- $102,100.00 in United States currency ("Subject Currency 3").

IT IS SO ORDERED.

Dated this 24th day of March, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 3