UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $475,933.45 FROM CAPITAL ONE ACCOUNT ENDING IN -9177 et al. | CASE NO. 2:24-mc-00083-LK<br><br>ORDER EXTENDING GOVERNING CAFRA DEADLINE |

This matter comes before the Court on the parties' Stipulation and Motion to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A). Dkt. No. 13. In light of their agreement and their submissions, and pursuant to Section 983(a)(3)(A), the Court ORDERS that the Civil Asset Forfeiture Reform Act ("CAFRA") deadline is hereby extended to December 17, 2025, for the following property seized on or about May 30, 2024 (collectively, the "Subject Property"):

- $475,933.45 in United States funds seized from Capital One account ending -9177;
- $151,647.59 in United States funds seized from US Bank account ending -3434;
- $26,103.40 in United States funds seized from CIT Bank account ending -5715;
- $1,419.65 in United States funds seized from AmEx Bank account ending -4339;

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 1

- $124,650.21 in United States funds seized from Bank of America account ending -9438;
- $65,330.74 in United States funds seized from Bank of America account ending -5023;
- $80,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526;
- $6,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526;
- Various silver, gold, precious metals, jewelry, and coins (case number 2024-2982-000029-01);
- Various firearms, ammunition, scopes, and suppressors (case number 2024-2982-000026-0);
- The following vehicles and catalytic converters included in case number 2024-2982-90004-01:[1]
  - one Coachmen Galleria 24A Class B Diesel Motorhome, VIN: WlX8ED3Y4KP195687;
  - one 2021 Nissan Titan, VIN: 1N6AA1ED1MN513850;
  - one Ford F 650 Dump Truck, VIN: 3FRNW65G88VS70010;
  - 2,201 catalytic converters; and
  - two pieces of extracted catalytic converter material; and

//

//

---

[1] The CAFRA extension does not apply to the remaining assets included in case number 2024-2982-90004-01 not specifically identified herein.

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 2

- $120,100.00 in United States currency.

IT IS SO ORDERED.

Dated this 25th day of November, 2025.

                                                Lauren King
                                                United States District Judge

ORDER EXTENDING GOVERNING CAFRA DEADLINE - 3