The Hon. Lauren King

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF APPROXIMATELY $475,993.45 IN UNITED STATES FUNDS SEIZED FROM CAPITAL ONE ACCOUNT ENDING IN -9177, ET AL. | CASE NO. MC24-083-LK<br><br>[PROPOSED]<br><br>**ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Stipulation and Motion to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. 983(a)(3)(A)*. Having reviewed the relevant submissions, and in light of the Parties' agreement, pursuant to 18 U.S.C. 983(a)(3)(A), the Court hereby ORDERS that the Civil Asset Forfeiture Reform Act (CAFRA) deadline is hereby extended to **February 20, 2026**, for the following property seized on or about May 30, 2024 (collectively, the "Subject Property"):

- $475,933.45 in United States funds seized from Capital One account ending -9177;
- $151,647.59 in United States funds seized from US Bank account ending -3434;

---

Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure of $475,933.45, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- $26,103.40 in United States funds seized from CIT Bank account ending -5715;
- $1,419.65 in United States funds seized from AmEx Bank account ending -4339;
- $124,650.21 in United States funds seized from Bank of America account ending -9438;
- $65,330.74 in United States funds seized from Bank of America account ending -5023;
- $80,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526;
- $6,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526;
- Various silver, gold, precious metals, jewelry, and coins (case number 024-2982-000029-01);
- Various firearms, ammunition, scopes, and suppressors (case number 2024-2982-000026-0);
- The following vehicles and catalytic converters included in case number 2024-2982-90004-01:[1]
    - one Coachmen Galleria 24A Class B Diesel Motorhome, VIN: WlX8ED3Y4KP195687;
    - one 2021 Nissan Titan, VIN: 1N6AA1ED1MN513850;
    - one Ford F 650 Dump Truck, VIN 3FRNW65G88VS70010;
    - 2,201 catalytic converters; and
    - two pieces of extracted catalytic converter material; and
- $120,100.00 in United States currency.

---

[1] The stipulated CAFRA extension does not apply to the remaining assets included in case number 2024-2982-90004-01 not specifically identified herein.

Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure of $475,933.45, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this  9th  day of January, 2026.

_____
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

  s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

  s/ Jeffrey B. Coopersmith
JEFFREY B. COOPERSMITH
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Phone: (206) 625-8600
Fax: (206) 625-0900
jcoopersmith@corrcronin.com
*Attorneys for Claimants Tamarand and Melissa Campbell*

//
//

Order Extending Governing CAFRA Deadline - 3
*In the Matter of the Seizure of $475,933.45, et al.*

s/ Michelle Kerin
MICHELLE KERIN
Angeli & Calfo
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
Phone: (971) 420-0222
Michelle@angelicalfo.com
*Attorneys for Claimant Cambridge Campbell*

s/ Michele Shaw
MICHELE SHAW
Michele Shaw, P.S.
2125 Western Avenue #330
Seattle, Washington 98121
Phone: (206) 448-9612
Michele@micheleshawlaw.com
*Attorneys for Claimant Chamberlin Campbell*

Order Extending Governing CAFRA Deadline - 4
*In the Matter of the Seizure of $475,933.45, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970