The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF APPROXIMATELY $475,993.45 IN UNITED STATES FUNDS SEIZED FROM CAPITAL ONE ACCOUNT ENDING IN -9177, ET AL. | CASE NO. MC24-083-LK<br><br>[PROPOSED]<br><br>**ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Stipulation and Motion to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. 983(a)(3)(A).* Having reviewed the relevant submissions, and in light of the Parties' agreement, pursuant to 18 U.S.C. 983(a)(3)(A), the Court hereby ORDERS that the Civil Asset Forfeiture Reform Act (CAFRA) deadline is hereby extended to **June 26, 2026**, for the following property seized on or about May 30, 2024 (collectively, the "Subject Property"):

- $6,000 in United States currency seized from the residence located at 248 Gunnell Road, Grants Pass, Oregon, 97526; and

- Various firearms, ammunition, scopes, and suppressors (case number 2024-2982-000026-01), specifically:

    a.      a Radikal Arms NK-1, Serial No. 21RB03537;

Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure of $475,933.45, et al.*

b.    a Chiappa Rhino 60ds 357 Mag, Serial No. CFIT21MO3955;

c.    a Maverick Arms 88 12 Gauge, Serial No. MV0670487;

d.    a Sig Sauer P365 9mm, Serial No. 66F022411;

e.    a Wilson Combat SFX9, Serial No. WCXS03603;

f.    a Beretta M9A4 Pistol, Serial No. BER826977 (in a case);

g.    a HK VP9 SK Pistol, Serial No. 232-078327;

h.    a Daniel Defense DDM4, Serial No. DDM4357637;

i.    a Smith & Wesson M&P 45 Shield, Serial No.HZR6680;

j.    a Geissele Super Duty SD-556, Serial No. SD556-018815;

k.    a Sig Sauer Rattler, Serial No. 63G023267;

l.    a Keltec KSG Shotgun, Serial No. XXYG96;

m.    a Sig Sauer P226, Serial No. 47E107041;

n.    a Blackrain Ordnance Fallout 15, Serial No. BR053840;

o.    a Aero Precision X15 556mm, Serial No. X540952;

p.    a Q Mini Fix Rifle, Serial No. KA0770;

q.    a Fabarm 12 Gauge Shotgun, Serial No. PM039787;

r.    a Sig Sauer MPX Multical, Serial No. 62F022420;

s.    a Sig Sauer SRD45 Suppressor, Serial No. 61A034596; and

t.    a Sig Sauer Suppressor SRD22, Serial No. 61A017387.

IT IS SO ORDERED.

DATED this ___30th___ day of ___April_____, 2026.

_____
THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure of $475,933.45, et al.*

Presented by:

_s/ Jehiel I. Baer_
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Jehiel.Baer@usdoj.gov


_s/ Michelle Kerin_
MICHELLE KERIN
Angeli & Calfo
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
Phone: (971) 420-0222
Michelle@angelicalfo.com
*Attorneys for Claimant Cambridge Campbell*


_s/ Lance Wade_
LANCE WADE
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5755
jwade@wc.com
*Attorneys for Claimant Chamberlin Campbell*

Order Extending Governing CAFRA Deadline - 3
*In the Matter of the Seizure of $475,933.45, et al.*